# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JEREMY REED**

**VERSUS**

**MICHAEL P. TAYLOR, ET AL**

**CIVIL ACTION**

**NO. 14-688-JJB-RLB**

## O R D E R

The court *sua sponte* notes the potential insufficiency of the removing defendants' allegation of the citizenship of the parties as follows:

> A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership. A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners. Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership. See *International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997); *Carden v. Arkoma Associates,* 494 U.S. 185 (1990). The citizenship of **Frontier Transport, NA, LP** is not provided. The Court notes that the removal identified this defendant as a foreign corporation organized under the laws of the State of Illinois with its principal place of business in Illinois. However, it does not identify its partners or their citizenship.

The court recognizes that both the petition and the Notice of Removal identify this entity as a "corporation." The designation "LP," however, ordinarily refers to a limited partnership.[1] Although the Notice of Removal was filed by counsel representing Frontier Transport, NA, LP, the only source referenced is Plaintiff's Petition for Damages. (R. Doc. 1 at n.5).

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **January 30, 2015**, the removing defendants shall file an amended notice of removal providing the citizenship of

---

[1] Under Illinois law, that designation is one of three choices that is required to be in the name of a limited partnership. Illinois Compiled Statutes, Chapter 805, Article 215 / Section 108.

defendant **Frontier Transport, NA, LP**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction or otherwise confirm the basis for citizenship as alleged in the Notice of Removal.

Signed in Baton Rouge, Louisiana, on January 16, 2015.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE